UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

GILBERT PADILLA, individually and
on behalf of all others similarly situated,        Civ. No.: 20-cv-00658 (SRN/KMM)

          Plaintiff,

v.

CALIPER BUILDING SYSTEMS, LLC,
JMC CONTRACTING, LLC, and
JOSÉ MERINO,

          Defendants.
_____

**ORDER ON STIPULATION FOR DISMISSAL
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**
_____

This matter came before the Court on the parties' Stipulation for Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)[Doc. No. 52]. Having reviewed the parties' submission, the Stipulation is **GRANTED**.

Accordingly, **IT IS HEREBY ORDERED** as follows:

1. The 21 Plaintiffs who executed a Release, identified in Exhibit A to the Stipulation for Dismissal, are dismissed *with prejudice*.

2. The five Plaintiffs who did not execute a Release, identified in Exhibit B to the Stipulation for Dismissal, are dismissed *without prejudice*.

3. This matter is hereby dismissed.

**LET JUDGMENT BE ENTERED ACORDINGLY.**

Date: December 6, 2021        s/Susan Richard Nelson
                              SUSAN RICHARD NELSON
                              United States District Judge