# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Gilbert Padilla, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 20cv658 SRN/KMM |
| Caliper Building Systems, LLC, JMC Contracting, LLC, Jose Merino, | |
| Defendants. | |

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The 21 Plaintiffs who executed a Release, identified in Exhibit A to the Stipulation for Dismissal, are dismissed *with prejudice*.

2. The five Plaintiffs who did not execute a Release, identified in Exhibit B to the Stipulation for Dismissal, are dismissed *without prejudice*.

3. This matter is hereby dismissed.

Date: 12/7/2021                                                              KATE M. FOGARTY, CLERK